COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



DAVID RODRIGUEZ MONTES a/k/a
DAVID R. MONTES,

§

§

No. 08-13-00060-CR

Appellant,

§

Appeal from the

v.

§

372nd District Court

THE STATE OF TEXAS,

§

of Tarrant County, Texas

State.

§

(TC# 1261184D)

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **June 11, 2013.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Karen B. Smith, Court Reporter for the 372nd District Court, for Tarrant County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **June 11, 2013.**

IT IS SO ORDERED this 15th day of May, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.